UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

G&G CLOSED CIRCUIT
EVENTS, LLC,

    *Plaintiff*,

v.　　　　　　　　　　　　　　　　　　　Case No. SA-23-CV-0171-JKP-HJB

D & R BAR INC, individually, and d/b/a
THREE LEGGED MONKEY; and
DOUG ACKERLY, individually, and d/b/a
THREE LEGGED MONKEY,

    *Defendants*.

## ORDER OF DISMISSAL

    Before the Court is an unopposed *Motion to Dismiss with Prejudice* (ECF No. 24). The parties therein have announced to the Court that they agree to dismiss their claims with prejudice to re-filing of same, and that each party will bear their own costs. Accordingly, the Court **GRANTS** the motion and **DISMISSES** this action with prejudice with each party bearing their respective costs. Plaintiff's claims against Defendants, as well as any claims that Defendants could have brought against Plaintiff, are dismissed with prejudice.

    **IT is so ORDERED.**

    **SIGNED** this 5th day of January 2024.

_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**